1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                     FOR THE EASTERN DISTRICT OF CALIFORNIA

8    UNITED STATES OF AMERICA,          )        Case №:2:18-mj-00228 CKD
                                        )
9              Plaintiff,               )        **O R D E R**
                                        )        **APPOINTING COUNSEL**
10         vs.                          )
     NATHAN PAUL BARNES,                )
11                                      )
               Defendant.               )
12                                      )
                                        )
13   _____)

14         The Federal Defender has determined this case should be paneled. CJA Panel attorney

15   Michael Hansen is hereby appointed effective November 16, 2018, the date the Office of the

     Federal Defender first contacted him.
16
           **APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT***
17
     **SUPPORTING APPOINTMENT.**
18
     DATED:  11/19/2018
19

20                                          ___/s/ Carolyn K. Delaney_____
                                            HON. CAROLYN K. DELANEY
21                                          United States Magistrate Judge

22

23

24

25

26

27

28

     ORDER APPOINTING COUNSEL          1